**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KRISTI L. KAUFMANN (HORN), | No. 10-35199 |
| Plaintiff - Appellant, | D.C. No. 9:09-cv-00051-JCL |
| v. | |
| GEICO GENERAL INSURANCE CO., | MEMORANDUM[*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the District of Montana
Jeremiah C. Lynch, Magistrate Judge, Presiding
Argued and Submitted October 4, 2010
Seattle, Washington

Before: THOMAS and M. SMITH, Circuit Judges, and EZRA, District Judge.[**]

After carefully considering the briefs, record, and arguments of counsel, the

Court affirms the judgment of the district court for the reasons stated in Magistrate

Judge Lynch's well-reasoned opinion of February 1, 2010.

AFFIRMED.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The Honorable David A. Ezra, United States District Judge for the District of Hawaii, sitting by designation.